

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-19-00201-CR

Michael Ervin **TUCKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5978
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's third motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **November 13, 2019**. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk